IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IRMA ROSALES                        §
                                    §
VS.                                 §    ACTION NO. 4:15-CV-015-Y
                                    §
CAROLYN W. COLVIN, Acting           §
Commissioner of Social Security     §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

On February 11, 2016, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause.  An order issued that same day gave all parties fourteen days thereafter to serve and file with the Court written objections to the proposed findings, conclusions, and recommendation of the magistrate judge.  No written objections have been received from either party.  *See Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).  As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that the Commissioner's decision is REVERSED and this matter is REMANDED to the Commissioner for further administrative proceedings consistent with the magistrate judge's opinion.

SIGNED March 14, 2016.

_Terry R. Means_
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE